United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 28, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-61053
Summary Calendar

LUIS GERARDO ABREGO-DELGADO,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A20-694-915
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Luis Gerardo Abrego-Delgado has filed a petition for review of
the Board of Immigration Appeals' ("BIA") order denying his motion
to reopen his removal proceedings. Because Abrego departed the
United States after the issuance of the deportation order, and
because he has failed to show that his deportation order was a
gross miscarriage of justice, we lack jurisdiction and the petition
must be denied. See 8 U.S.C. § 1105a(c) (1994); 8 C.F.R. § 3.2(d)

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(2003); <u>Navarro-Miranda v. Ashcroft</u>, 330 F.3d 672, 676 (5th Cir.

2003); <u>Lara v. Trominski</u>, 216 F.3d 487, 492 (5th Cir. 2000).

DENIED.